**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

FILED
AUG 25 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 1:26-cr-72 |
| v. | ) | |
| | ) | JUDGES: McDonough/Steger |
| RODOLFO MEZA-SALAZAR | ) | |

**INDICTMENT**

The Grand Jury charges that on or about August 23, 2026, in the Eastern District of Tennessee, the defendant, RODOLFO MEZA-SALAZAR, an alien, was found in the United States after having been previously removed, excluded, and deported therefrom on or about September 26, 2023, at or near Harlingen, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

[redacted]

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON, III
UNITED STATES ATTORNEY

RUSS SWAFFORD
Assistant United States Attorney