Revised 7/2/2025

# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: 1:26-cr-72
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA V. RODOLFO MEZA-SALAZAR

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

Immigration Case

☐ Defendant is being added to existing criminal case ☐ Zone A ☑ Zone B ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: RUSS SWAFFORD

Matter Sealed: ☐ YES ☑ NO Place of Offense: HAMILTON CO.

☑ Interpreter Required Language: Spanish

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: ICE

Current Trial Date (if any): ______ before Judge ______

☐ Criminal Complaint Filed Case Number: ______

☐ Defendant on Supervised Release Case Number: ______

Related Case/Attorney:

Case Number ______ Attorney ______

Reason for Related Case Determination ______

Defense Counsel (if any): ______

☐ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter Case Number: ______
Appointed in Pending Indictment Case Number: ______

CHARGES: Total # of Counts for this Defendant 1

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 8 U.S.C. § 1326(a) | illegal reentry | Y | 1 | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature [signature]