U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: 8/31/2026 Courtroom: 1B - Chattanooga

Initial Appearance: ☐ Complaint ☑ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5

Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

**Case No. 1:26-cr-72** **USA v. Rodolfo Meza-Salazar**

Present Before: HONORABLE Christopher H. Steger U.S. Magistrate Judge

| | | |
|---|---|---|
| **Russ Swafford** | **Clay Whittaker** | |
| Assistant U.S. Attorney | Attorney for Defendant<br>☑ Appt. ☐ Retd. ☐ Ltd. App. | US Probation Officer |
| Dana Bellamy | Digital Recording 1B | Laura Garcia-Hein |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter<br>☑ SWORN |

**PROCEEDINGS**:

- ☑ Financial affidavit executed
- Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
- ☐ Deft. retained an attorney
- ☐ Deft. WAIVED appointment of an attorney
- ☑ Deft. advised of rights
- ☑ Deft. waived reading of Indictment/Information
- ☐ Indictment/Information Read
- ☑ Deft. pleads not guilty on counts 1
- ☐ Deft. entered no plea
- ☑ Not guilty plea entered by Court on defendant's behalf
- ☐ Deft. requested a Preliminary Examination
- ☐ Deft WAIVED the Rule 5 hearings
- ☐ Court UNSEALED case in its entirety
- ☐ Case REMAINS sealed
- ☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

Jury Trial: ______

Final Pretrial Conf.: ______

Detn Hrg: **9/8/2026 2:45 pm**

Preliminary Examination: ______

Arraignment: ______

Motion Hrg: ______

Status Conf: ______

Other Hrg: ______

Revocation Hrg: ______

**DEADLINES SET**:

Discovery Ddl: ______

Reciprocal Discovery Ddl: ______

Motion Cut-Off: ______

Response Ddl: ______

Plea Ddl: ______

Other: ______

BOND:

- ☑ Government moved for detention
- ☐ Dft WAIVED detention hrg. ☑ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
- ☐ Deft. released on Conditions of Release
- ☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.

DCR File: 1-26-cr-72 20260831 150656

Court time: 3:37 to 4:01