# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

U.S. MARSHAL SERVICE
AUG 26 '26 AM11:23

FILED
AUG 31 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

United States of America
v.
RODOLFO MEZA-SALAZAR
*Defendant*

Case No. 1:26-cr-72
TRM|CHS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* RODOLFO MEZA-SALAZAR, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the United States, in violation of 8 U.S.C. § 1326(a).

Date: 08/25/2026

[signature]
*Issuing officer's signature*

City and state: Chattanooga, TN

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 082626, and the person was arrested on *(date)* 083126 at *(city and state)* CHATTANOOGA, TN.

Date: 083126

[signature]
*Arresting officer's signature*

Rick Barrett DUSM
*Printed name and title*

9706557

80538-379 2614-0826-1511 -5